UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JONATHAN DRUMMOND,

    Plaintiff,

v.                                          Case No: 6:24-cv-1750-JSS-LHP

BEALL'S INC.,

    Defendant.
_____/

## ORDER

Plaintiff has filed a notice of voluntary dismissal with prejudice contemplating that the parties will bear their own costs and attorney fees. (Dkt. 10.) *See* Fed. R. Civ. P. 41(a)(1)(A)(i) ("[T]he plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."). Upon review of the docket, no answer or motion for summary judgment has been filed. *See PTA-FLA, Inc. v. ZTE USA, Inc.*, 844 F.3d 1299, 1307 (11th Cir. 2016) ("According to the plain text of Rule 41(a)(1)(A)(i), only the filing of an answer or a motion for summary judgment terminates a plaintiff's ability to voluntarily dismiss its claims without a court order.").

Accordingly:

1. This case is **DISMISSED with prejudice**.

2. The parties shall bear their own costs and attorney fees.

3. The Clerk is **DIRECTED** to terminate any pending motions and deadlines and

- 2 -

to close this case.

**ORDERED** in Orlando, Florida, on November 25, 2024.

                                            JULIE S. SNEED
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties